Cynthia Elias
14243 E. Avenida Elena
Tucson AZ  85747
520-971-5521
cehorsez@msn.com

FILED

APR - 6 2021

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| In re: | Chapter 7 Case |
|---|---|
| MARCELINO AGUIRRE, II, | No. 4:21-bk-01009-SHG |
| Debtor. | NOTICE OF APPEARANCE AND REQUEST TO BE PLACED ON MASTER MAILING LIST |

Cynthia Elias hereby enters her appearance as a creditor in this Chapter 7 case.

Pursuant to Federal Rules of Bankruptcy Procedure, Rule 2002(g), Cynthia Elias hereby requests that she be added to this Court's Master Mailing List in this case and that all notices be mailed to the following, regardless of whether the Court limits the mailing of notices:

Cynthia Elias
14243 E. Avenida Elena
Tucson AZ  85747

Dated April 6, 2021

_____
Cynthia Elias

Copy of the foregoing mailed/transmitted on
April 1, 2021 to:

Neil Robert Hedtke
HEDTKE LAW APC
820 N Mountain Ave., STE.109
Upland, CA 91786

Trudy A. Nowak
PMB #618
8050 N 19th Ave
Phoenix, AZ 85021