THOMPSON•KRONE, P.L.C.
3430 East Sunrise Drive, Suite 110
Tucson, Arizona 85718
Phone: (520) 884-9694
Fax: (520) 323-4613
Russell E. Krone, PCC 64882, State Bar No. 015859
Russ@thompsonkrone.com
Maxwell T. Riddiough, PCC: 66913, State Bar No. 032560
Max@thompsonkrone.com
*Attorneys for Creditors 7770 AKE, LLC and the
Killion and Kleen Family Living Trust*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| *In re*:<br><br>MARCELINO AGUIRRE II,<br><br>    Debtor,<br>―――――――――――――――――<br>7770 AKE, LLC, an Arizona limited liability company; KILLION AND KLEEN FAMILY LIVING TRUST,<br><br>    Creditors/Movants,<br><br>  vs.<br><br>MARCELINO AGUIRRE II,<br><br>    Debtor/Respondent. | Case No. 4:21-bk-01009-SHG<br>(*In Proceedings Under Chapter 7*)<br><br>**NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Assigned to the<br>Honorable Scott H. Gan |

**TO:  DEBTOR:             MARCELINO AGUIRRE II**
   **ATTORNEY FOR DEBTOR:  NEIL ROBERT HEDTKE**
   **U.S. TRUSTEE:          TRUDY A. NOWAK**
   **ALL PARTIES OF INTEREST**

1

NOTICE IS HEREBY GIVEN that Creditors 7770 AKE, LLC and the Killion and Kleen Family Trust (collectively, "Movants"), have filed a Motion for Relief from Automatic Stay in the above-caption proceeding.

FURTHER NOTICE IS GIVEN that pursuant to Local Rule 4001-1, if no written objection is filed with the United States Bankruptcy Court, 38 South Scott Avenue, Tucson, Arizona 85701, and a copy served upon the attorneys for Movants, whose address is:

> Russell E. Krone, Esq.
> Maxwell T. Riddiough, Esq.
> THOMPSON•KRONE, P.L.C.
> 3430 East Sunrise Drive, Suite 110
> Tucson, Arizona 85718

WITHIN FOURTEEN (14) DAYS of the date on which this Notice is served, Movants' Motion for Relief from the Automatic Stay may be granted without further hearing.

DATED this 8th day of December, 2021.

> THOMPSON•KRONE, P.L.C.
>
> By: /s/ Maxwell T. Riddiough (SBN 032560)
>   Russell E. Krone
>   Maxwell T. Riddiough
>   *Attorneys for Creditors 7770 AKE, LLC and the Killion and Kleen Family Living Trust*

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that on December 8, 2021, a copy of the Notice of Motion for Relief from The Automatic Stay, the Motion for Relief from the Automatic Stay and Other Related Relief and the accompanying form of Order was served by depositing a copy of same in the United States Mail, in a postage pre-paid envelope, addressed to:

Marcelino Aguirre, II
6082 East 21st Street
Tucson, AZ 85711-5222
*Debtor*

Neil Robert Hedtke
Hedtke Law PC
820 N. Mountain Ave., Ste. 109
Upland, CA 91786
*Attorneys for Debtor*

Daimler Trust
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113
*Creditor*

Cynthia Elias
14243 E. Avenida Elena
Tucson, AZ 85747
*Creditor*

Trudy A. Nowak
PMB #618
8050 N. 19th Avenue
Phoenix, AZ 85021
*Trustee*

3

Case 4:21-bk-01009-SHG    Doc 21    Filed 12/08/21    Entered 12/08/21 16:23:09    Desc
Main Document    Page 3 of 4

| | |
|---|---|
| 1 | U.S. Trustee |
| 2 | Office of the U.S. Trustee |
| | 230 North First Avenue, Suite 204 |
| 3 | Phoenix, AZ 85003 |
| 4 | |
| 5 | See attached Creditor Matrix |
| 6 |     I hereby declare under the penalty of perjury under the laws of the State of Arizona |
| 7 | that the foregoing is true and correct to the best of my knowledge, information and belief. |

U.S. Trustee
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003

See attached Creditor Matrix

    I hereby declare under the penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct to the best of my knowledge, information and belief.

/s/ Melissa Flores
*Assistant to Russell E. Krone, Esq.*
*and Maxwell T. Riddiough, Esq.*

4